UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re<br><br>SPI Investment Funds SPC, *et al.*<br><br>Debtors. | Chapter 15 Case<br><br>Case No.: 24-21184 |

**SINAI HOLDINGS, LLC'S**
**REQUEST FOR COPIES AND DEMAND FOR COMPLIANCE WITH RULES**

Pursuant to Federal Rule of Civil Procedure 45 and Federal Rule of Bankruptcy Procedure 9016, Sinai Holdings, LLC demands copies of all documents produced in response to the *Subpoena Duces Tecum* served on PNC Bank, N.A. in this case on or around November 4, 2024.

Sinai Holdings further demands that the Debtor comply with all rules governing discovery, including Federal Rule of Civil Procedure 45(a)(4), which requires notice and a copy of a subpoena to be served on all parties. To the extent the Debtor has served or plans to serve other subpoenas in this case, Sinai Holdings demands that the Debtor promptly serve its counsel with notice and a copy of the subpoena(s). Sinai Holdings further demands that the Debtor produce all documents received in response to any subpoenas to Sinai Holdings.

Should the Debtor continue to serve subpoenas without providing the requisite notice to Sinai Holdings, Sinai Holdings reserves the right to seek relief from the Court to address the Debtor's violations of the Federal Rules of Civil Procedure and Bankruptcy Procedure.

Respectfully submitted,

Date: November 19, 2024

By: /s/ *Theodore Sandler*

Theodore (Tuvia) Sandler, Esq. (Fla. Bar No. 1015927)
tsandler@stoklaw.com
Joshua R. Kon, Esq. (No. 0056147)
jkon@stoklaw.com
**STOK KON + BRAVERMAN**
1 East Broward Blvd, Suite 915
Fort Lauderdale, FL 33301
Tel.: (954) 237-1777

*Counsel to Sinai Holdings, LLC*

2