UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 15 |
| SPI INVESTMENT FUND SPC (IN OFFICIAL LIQUIDATION),[1] *et al.*, | Case No. 24-21184-PDR |
| | (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |
| _____/ | |

## CERTIFICATE OF SERVICE

I certify that a true copy of each of the documents listed below were served upon the parties in the manner indicated on the Mail Service List by U.S. First Class Mail and on the CM/ECF Service List by CM/ECF email on November 22, 2024:

***In re SPI Investment Fund SPC (in Official Liquidation)*, Case No. 24-21184**:

- Order Granting Verified Petition of the Foreign Representatives for Chapter 15 Recognition of SPI Investment Fund SPC (In Official Liquidation) and Related Relief

***In re International Portfolio Allocation Ltd. (in Official Liquidation)*, Case No. 24-21190**

- Order Granting Verified Petition of the Foreign Representatives for Chapter 15 Recognition of International Portfolio Allocation Ltd. (In Official Liquidation) and Related Relief

***In re International Capital Allocation Ltd. (in Official Liquidation)*, Case No. 24-21187**

- Order Granting Verified Petition of the Foreign Representatives for Chapter 15 Recognition of International Capital Allocation Ltd. (In Official Liquidation) and Related Relief

---

[1] The last four digits of the foreign identification number follow in parentheses: SPI Investment Fund SPC (in Official Liquidation) (9606); International Portfolio Allocation Ltd. (in Official Liquidation) (7986); and International Capital Allocation Ltd. (in Official Liquidation) (2570). The registered office of SPI Investment Fund SPC (in Official Liquidation) is c/o FTI Consulting (Cayman) Ltd., Suite 3206, 53 Market Street, Camana Bay, PO Box 30613, Grand Cayman KY1-1203, Cayman Islands. and the registered office of International Portfolio Allocation Ltd. (in Official Liquidation) and International Capital Allocation Ltd. (in Official Liquidation) is c/o FTI Consulting (Cayman) Ltd., Suite 3206, 53 Market Street, Camana Bay, PO Box 30613, Grand Cayman KY1-1203, Cayman Islands.

Dated: November 22, 2024  
       Miami, Florida

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ *Joaquin J. Alemany*  
Joaquin J. Alemany (FL Bar No. 662380)  
Alex M. Englander (FL Bar No. 1035437)  
701 Brickell Ave, Suite 3300  
Miami, Florida 33131  
Telephone: (305) 789-7763  
Email: joaquin.alemany@hklaw.com  
       alex.englander@hklaw.com

Warren E. Gluck (admitted *pro hac vice*)  
Elliot A. Magruder (admitted *pro hac vice*)  
787 Seventh Avenue, 31st Floor  
New York, New York 10019  
Telephone: (212) 513-3200  
Email: warren.gluck@hklaw.com  
       elliot.magruder@hklaw.com

*Counsel for the Foreign Representatives*

**CM/ECF Service List**

| Party Name | Email |
|---|---|
| Office of the U.S. Trustee | USTP.Region21@usdoj.gov |
| Sinai Holdings, LLC | tsandler@stoklaw.com<br>yminyazova@stoklaw.com<br>service@stoklaw.com |

**Mail Service List**

|  | Mailing Address |
|---|---|
| Collection Consolidation, LLC | c/o A Registered Agent, Inc.<br>8 the Green, STE A<br>Dover, DE 19901 |