UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 15 |
| SPI INVESTMENT FUND SPC (IN OFFICIAL LIQUIDATION),[1] *et al.*, | Case No. 24-21184 |
| | (Jointly Administered) |
| Debtors in a Foreign Proceeding. _____/ | |

### FOREIGN REPRESENTATIVES' MOTION TO EXTEND SEAL PERIOD OF THE COURT'S ORDER AUTHORIZING ISSUANCE OF SUBPOENAS WITHOUT NOTICE

Andrew Morrison, David Griffin, and Iain Gow, the duly appointed foreign representatives of SPI Investment Fund SPC (in Official Liquidation) ("**SPI**"), International Capital Allocation Ltd. (in Official Liquidation) ("**ICA**") and International Portfolio Allocation Ltd. (in Official Liquidation) ("**IPA**," together with SPI and ICA, the "**Funds**") (collectively, the "**Foreign Representatives**"), each in liquidation by way of the Financial Services Division of the Grand Court of the Cayman Islands (the "**Grand Court**") (cause nos. FSD 393 of 2023 (JAJ) (SPI), FSD 151 of 2024 (JAJ) (ICA), and FSD 153 of 2024 (JAJ) (IPA)) (collectively, the "**Cayman Proceedings**") as a result of the Grand Court's orders (collectively, the "**Supervision Orders**"), by their undersigned United States counsel, Holland & Knight LLP, respectfully moves the Court for an extension of the seal period granted in the Court's Order Authorizing Issuance of Subpoenas Without Notice [ECF No. 59] and in support states as follows:

---

[1] The last four digits of the foreign identification number follow in parentheses: SPI Investment Fund SPC (in Official Liquidation) (9606); International Portfolio Allocation Ltd. (in Official Liquidation) (7986); and International Capital Allocation Ltd. (in Official Liquidation) (2570). The registered office of SPI Investment Fund SPC (in Official Liquidation) is c/o FTI Consulting (Cayman) Ltd., Suite 3206, 53 Market Street, Camana Bay, PO Box 30613, Grand Cayman KY1-1203, Cayman Islands. and the registered office of International Portfolio Allocation Ltd. (in Official Liquidation) and International Capital Allocation Ltd. (in Official Liquidation) is c/o FTI Consulting (Cayman) Ltd., Suite 3206, 53 Market Street, Camana Bay, PO Box 30613, Grand Cayman KY1-1203, Cayman Islands.

1

1. On February 21, 2025, the Foreign Representatives moved the Court, under seal, for authorization to issue certain subpoenas without notice and for related relief (the "Motion"). *See* ECF No. 38.

2. On March 26, 2025, following a closed hearing and argument from counsel, the Court issued its Order Authorizing Issuance of Subpoenas Without Notice (the "Order"). *See* ECF No. 59.

3. Therein, the Court authorized issuance of certain subpoenas described in the Motion.

4. The Order further required that the "Motion and accompanying documents, including exhibits, as well as any papers that may be filed in response to or in further support of the Motion, shall be treated as confidential and kept under seal for a period of 180 days from the date of this Court's order, subject to extensions upon motion to the Court with good cause shown." *Id.* ¶ 8.

5. The Foreign Representatives have good cause to request that the seal period be extended an additional 180 days.

6. In response to the subpoenas, the Foreign Representatives have received a substantial volume of files and data whose review remains ongoing. Some of these files were only received recently.

7. The Foreign Representatives are further managing delays in funding for the administration of the Funds' estate, which has significantly impacted their ability to review the files and data.

8. Further, lead counsel for the Foreign Representatives is presently in the process of transitioning law firms, which has temporarily impacted the aforementioned.

**NOTICE**

Notice of this filing has been provided as referenced in the certificate of service, including to: (i) the Chambers of the Honorable Peter D. Russin; and (ii) the Office of the United States Trustee for the Southern District of Florida, Region 21.  The Foreign Representatives submit that such notice is sufficient, and no other notice need be provided.

WHEREFORE, the Foreign Representatives respectfully request the Court enter an order in the form annexed hereto authorizing the extension of the seal period of the Court's March 26, 2025 Order from the date of this Motion and through an additional 180 days following the entry of the Order and granting such other and further relief deemed just and proper.

| | |
|---|---|
| Dated: September 22, 2025<br>　　　　Miami, Florida | Respectfully submitted,<br><br>HOLLAND & KNIGHT LLP<br><br>/s/ *Joaquin J. Alemany*<br>Joaquin J. Alemany (FL Bar No. 662380)<br>Alex M. Englander (FL Bar No. 1035437)<br>701 Brickell Ave, Suite 3300<br>Miami, Florida 33131<br>Telephone: (305) 789-7763<br>Email: joaquin.alemany@hklaw.com<br>　　　　alex.englander@hklaw.com<br><br>Warren E. Gluck (admitted *pro hac vice*)<br>Elliot A. Magruder (admitted *pro hac vice*)<br>787 Seventh Avenue, 31st Floor<br>New York, New York 10019<br>Telephone: (212) 513-3200<br>Email: warren.gluck@hklaw.com<br>　　　　elliot.magruder@hklaw.com<br><br>*Counsel for the Foreign Representatives* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this September 22, 2025, a true and correct copy of the foregoing was served via the CM/ECF System on all parties authorized to receive notice via CM/ECF in this case.

By: /s/ Joaquin J. Alemany
Joaquin J. Alemany, Esq.