UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 15 |
| SPI INVESTMENT FUND SPC (IN OFFICIAL LIQUIDATION),[1] *et al.*, | Case No. 24-21184-PDR |
| | (Jointly Administered) |
| Debtors in a Foreign Proceeding. _____/ | |

**FOREIGN REPRESENTATIVES' MOTION FOR SPECIAL SET CLOSED HEARING ON THEIR MOTION TO EXTEND SEAL PERIOD OF THE COURT'S ORDER AUTHORIZING ISSUANCE OF SUBPOENAS WITHOUT NOTICE AND <u>RELATED RELIEF</u>**

Andrew Morrison, David Griffin, and Iain Gow, the duly appointed foreign representatives of SPI Investment Fund SPC (in Official Liquidation) ("**SPI**"), International Capital Allocation Ltd. (in Official Liquidation) ("**ICA**") and International Portfolio Allocation Ltd. (in Official Liquidation) ("**IPA**," together with SPI and ICA, the "**Funds**") (collectively, the "**Foreign Representatives**"), each in liquidation by way of the Financial Services Division of the Grand Court of the Cayman Islands (the "**Grand Court**") (cause nos. FSD 393 of 2023 (JAJ) (SPI), FSD 151 of 2024 (JAJ) (ICA), and FSD 153 of 2024 (JAJ) (IPA)) (collectively, the "**Cayman Proceedings**") as a result of the Grand Court's orders (collectively, the "**Supervision Orders**"), by their undersigned United States counsel, Holland & Knight LLP, respectfully move the Court for a special set closed hearing on their motion for an extension of the seal period granted in the

---

[1] The last four digits of the foreign identification number follow in parentheses: SPI Investment Fund SPC (in Official Liquidation) (9606); International Portfolio Allocation Ltd. (in Official Liquidation) (7986); and International Capital Allocation Ltd. (in Official Liquidation) (2570). The registered office of SPI Investment Fund SPC (in Official Liquidation) is c/o FTI Consulting (Cayman) Ltd., Suite 3206, 53 Market Street, Camana Bay, PO Box 30613, Grand Cayman KY1-1203, Cayman Islands. and the registered office of International Portfolio Allocation Ltd. (in Official Liquidation) and International Capital Allocation Ltd. (in Official Liquidation) is c/o FTI Consulting (Cayman) Ltd., Suite 3206, 53 Market Street, Camana Bay, PO Box 30613, Grand Cayman KY1-1203, Cayman Islands.

1

Court's Order Authorizing Issuance of Subpoenas Without Notice [ECF No. 59] and in support states as follows:

1. On February 21, 2025, the Foreign Representatives moved the Court, under seal, for authorization to issue certain subpoenas without notice and for related relief (the "Seal Motion"). *See* ECF No. 38.

2. On March 26, 2025, following a closed hearing and argument from counsel, the Court issued its Order Authorizing Issuance of Subpoenas Without Notice (the "Order"). *See* ECF No. 59.

3. Therein, the Court authorized issuance of certain subpoenas described in the Seal Motion.

4. The Order further required that the "Motion and accompanying documents, including exhibits, as well as any papers that may be filed in response to or in further support of the [Seal] Motion, shall be treated as confidential and kept under seal for a period of 180 days from the date of this Court's order, subject to extensions upon motion to the Court with good cause shown." *Id.* ¶ 8.

5. On September 22, 2025, with good cause shown, the Foreign Representatives moved the Court for the seal period to be extended from the date of the motion and through an additional 180 days following entry of the Order (the "Extension Motion").

6. On September 26, 2025, the Court scheduled a hearing on the Extension Motion for October 16, 2025 at 2:00 p.m. [ECF No. 64].

7. Lead counsel for the Foreign Representatives has a conflicting out-of-state hearing at that time, and respectfully requests that the Court reschedule the hearing an hour later at 3:00 p.m., or at a time convenient for the Court, and permit counsel for the Foreign Representatives to

appear remotely.

8. Further, the matters to be discussed at the hearing are anticipated to include topics that the Court has already ordered to be under seal. As such, the Foreign Representatives respectfully request that the hearing be deemed closed to parties other than the Foreign Representatives and the office of the U.S. Trustee.

9. Ordering that the hearing be closed will not prejudice any party, as further non-closed hearings may be held if the Court deems so appropriate, and third parties can (and already have) submitted written argument to the Court for consideration.

## **NOTICE**

Notice of this filing has been provided as referenced in the certificate of service, including to: (i) the Chambers of the Honorable Peter D. Russin; and (ii) the Office of the United States Trustee for the Southern District of Florida, Region 21.  The Foreign Representatives submit that such notice is sufficient, and no other notice need be provided.

WHEREFORE, the Foreign Representatives respectfully request the Court schedule a closed special set hearing on October 16, 2025 at 3:00 p.m. ET, or another time convenient for the Court, and permit counsel for the Foreign Representatives to appear remotely at same, and granting such other and further relief deemed just and proper.

Dated: October 3, 2025　　　　　　　Respectfully submitted,
　　　　　Miami, Florida

　　　　　　　　　　　　　　　　　　HOLLAND & KNIGHT LLP

　　　　　　　　　　　　　　　　　　/s/ *Joaquin J. Alemany*
　　　　　　　　　　　　　　　　　　Joaquin J. Alemany (FL Bar No. 662380)
　　　　　　　　　　　　　　　　　　Alex M. Englander (FL Bar No. 1035437)
　　　　　　　　　　　　　　　　　　701 Brickell Ave, Suite 3300
　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　Telephone: (305) 789-7763
　　　　　　　　　　　　　　　　　　Email: joaquin.alemany@hklaw.com
　　　　　　　　　　　　　　　　　　　　　　　alex.englander@hklaw.com

>Warren E. Gluck (admitted *pro hac vice*)
>Elliot A. Magruder (admitted *pro hac vice*)
>787 Seventh Avenue, 31st Floor
>New York, New York 10019
>Telephone: (212) 513-3200
>Email: warren.gluck@hklaw.com
>elliot.magruder@hklaw.com
>
>*Counsel for the Foreign Representatives*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this October 3, 2025, a true and correct copy of the foregoing was served via the CM/ECF System on all parties authorized to receive notice via CM/ECF in this case.

>By: /s/ Joaquin J. Alemany
>Joaquin J. Alemany, Esq.